88 A.3d 188

STATE OF NEW JERSEY, PLAINTIFF–CROSS–RESPONDENT, v. JAMIL MCKINNEY, A/K/A JAMEEL MCKINNEY, HAKIM MCKINNEY, MALIK HOWARD, JAMIL WARDRICK, DEFENDANT–CROSS–PETITIONER.

March 20, 2014.

It is ORDERED that the cross-petition for certification is granted limited to the issue of whether erroneous jury instructions required reversal of defendant's conviction for armed robbery.